WILLIAMS v. LAKEY FOUNDRY CORPORATION.

This case is controlled by *Gauthier* v. *Campbell, Wyant & Cannon Foundry Co.*, 360 Mich 510.

Appeal from Workmen's Compensation Appeal Board. Submitted January 7, 1960. (Docket No. 34, Calendar No. 48,305.) Decided September 16, 1960.

Patsy Williams, widow of Jess Williams, deceased, filed her claim for additional compensation from Lakey Foundry Corporation upon death of her husband as result of silicosis, asserting unconstitu-

tionality of statutory maximum.   Claim denied.
Plaintiff appeals.   Affirmed.

*Marcus, Kelman, Loria, McCroskey & Finucan*
(*Benjamin Marcus,* of counsel), for plaintiff.

*Joseph T. Riley,* for defendant.

BLACK, J.  This case was submitted with its com-
panion, *Gauthier* v. *Campbell, Wyant & Cannon
Foundry Co.,* 360 Mich 510.   The decisive questions
are the same.   Both cases are governed by that which
was written for the Court, in *Gauthier,* by Mr. Jus-
tice EDWARDS.

Affirmed, without costs.

DETHMERS, C. J., and CARR, KELLY, SMITH, ED-
WARDS, KAVANAGH, and SOURIS, JJ., concurred.